# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | | |
|---|---|---|
| Rebecca Ross )<br>*Plaintiff* )<br> )<br>v. )<br> )<br>BC Services, Inc. *et al.* )<br>*Defendants* )<br> ) | | Case No.   5:17-cv-00339-DCR |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## AS TO DEFENDANT BC SERVICES, INC.

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff Rebecca Ross hereby gives notice that she is dismissing, without prejudice, her claims against BC Services, Inc. This Notice does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

Submitted by:

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel:   (502) 473-6525
Fax:   (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Rebecca Ross*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel:   (502) 371-2179
Fax:   (502) 257-7309
jmckenzie@jmckenzielaw.com

*Counsel for Plaintiff*
*Rebecca Ross*

## CERTIFICATE OF SERVICE

    This is to certify that I filed the foregoing via the Court's CM/ECF system on this 30th day of August, 2017, which will send a Notice of Electronic Filing to all counsel of record. I also certify that I sent the foregoing to the following parties via U.S. Mail, postage prepaid, this 30th day of August, 2017:

BC Services, Inc.
c/o J. Boettcher
550 Disc Drive
Longmont, CO 80503

Ford Motor Credit, LLC
c/o CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601

Pennsylvania Higher Ed. Assistance Agency
d/b/a FedLoan Servicing
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Tormey Bewley Corp.
d/b/a The Advantage Group
c/o Corporation Service Company
1560 Broadway, Suite 2090
Denver, CO 80202

Xerox Education Services, LLC
d/b/a ACS Education Services
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

/s/ James H. Lawson
*Counsel for Plaintiff*
*Rebecca Ross*