# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | | |
|---|---|---|
| Rebecca Ross | ) | |
|     *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No. 5:17-cv-00339-DCR |
| | ) | |
| BC Services, Inc. *et al.* | ) | |
|     *Defendants* | ) | |
| | ) | |

### NOTICE OF SETTLEMENT AS TO DEFENDANT FORD MOTOR CREDIT, LLC

Please take notice that Plaintiff, Rebecca Ross, has reached a settlement with Defendant Ford Motor Credit, LLC. Once the settlement is final, the parties will file a joint dismissal with prejudice. This Notice does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Rebecca Ross*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179

        Fax: (502) 257-7309
        E-mail: jmckenzie@jmckenzielaw.com
        *Counsel for Plaintiff*
        *Rebecca Ross*

## **CERTIFICATE OF SERVICE**

This is to certify that I filed the foregoing via the Court's CM/ECF system on this 25th day of January, 2018, which will send a Notice of Electronic Filing to all counsel of record.

        /s/ James H. Lawson
        *Counsel for Plaintiff*
        *Rebecca Ross*