# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | | |
|---|---|---|
| Rebecca Ross           ) | | |
|    *Plaintiff*     ) | | |
|                        ) | | |
| v.                     ) | Case No. | 5:17-cv-00339-DCR |
|                        ) | | |
| BC Services, Inc. *et al.* ) | | |
|    *Defendants*   ) | | |
|                        ) | | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY D/B/A FEDLOAN SERVICING

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rebecca Ross and Defendant Pennsylvania Higher Education Assistance Agency d/b/a FedLoan Servicing hereby jointly request that this Court dismiss with prejudice Plaintiff's claims against Defendant in the above-styled action. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees.

HAVE SEEN AND APPROVED:

APPROVED BY:

| | |
|---|---|
| /s/ James H. Lawson | /s/ Todd v. McMurtry (by permission) |
| **James H. Lawson** | Todd V. McMurtry |
| *Lawson at Law, PLLC* | Kyle M. Winslow |
| 115 S. Sherrin Avenue, Suite 5 | *Hemmer DeFrank Wessels, PLLC* |
| Louisville, KY 40207 | 250 Grandview Drive, Suite 500 |
| Tel:   (502) 371-2179 | Ft. Mitchell, KY 41017 |
| Fax:   (502) 257-7309 | Tel:   (859) 344-1188 |
| james@kyconsumerlaw.com | Fax:   (859) 578-3869 |
| *Counsel for Plaintiff* | tmcmurtry@hemmerlaw.com |
| *Rebecca Ross* | kwinslow@hemmerlaw.com |
| | *Counsel for Defendant* |
| James R. McKenzie | *Pennsylvania Higher Education Assistance* |
| *James R. McKenzie Attorney, PLLC* | *Agency d/b/a FedLoan Servicing* |

115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Rebecca Ross*