UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| REBECCA ROSS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-339-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| BC SERVICES, INC., et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the Joint Stipulation of Dismissal with Prejudice as to Defendant Pennsylvania Higher Education Assistance Agency, doing business as FedLoan Servicing ("FedLoan") submitted by Plaintiff Rebecca Ross and Defendant FedLoan. [Record No. 60] The Court notes that the claims against all other defendants named in this action have been resolved previously. Accordingly, being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The motion for summary judgment previously submitted by Defendant FedLoan [Record No. 52] is **DENIED**, without prejudice, as moot.

2. The claims asserted in this action by Plaintiff Rebecca Ross against Defendant FedLoan are **DISMISSED**, with prejudice, as settled.

3. This action is **DISMISSED**, with prejudice, and **STRICKEN** from the docket.

4. The settling parties identified above shall be responsible for their respective costs, expenses and fees.

This 1st day of June, 2018.



Signed By:
*Danny C. Reeves* DCR
United States District Judge